UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

STEVIE EDWARDS,

    Petitioner,

v.

LISA J.W. HOLLINGSWORTH,

    Respondent.

Case No. 05-cv-798-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Stevie Edwards's petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 is dismissed for lack of subject matter jurisdiction.

**DATED:** March 11, 2009          **KEENAN G. CASADY, CLERK**

                                                           s/Brenda K. Lowe, Deputy Clerk


**Approved:**    _s/ J. Phil Gilbert_
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**